1  McGREGOR W. SCOTT
   United States Attorney
2
   G. PATRICK JENNINGS
3  AARON M. BAILEY
   Trial Attorney, Tax Division
4  U.S. Department of Justice
   P.O. Box 683
5  Ben Franklin Station
   Washington, D.C.  20044-0683
6  Telephone: (202) 307-6648
   Facsimile:   (202) 307-0054
7  Guy.P.Jennings@usdoj.gov
   Aaron.M.Bailey@usdoj.gov
8
   Attorneys for the United States of America
9
                    IN THE UNITED STATES DISTRICT COURT FOR THE
10
                         EASTERN DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA            )
12                                      )   Civil No. 1:07-CV-01741
                  Plaintiff,            )
13                                      )   **ORDER**
                  v.                    )
14                                      )
   JOHN L. CABRAL, JANET M. CABRAL,     )
15 STATE OF CALIFORNIA                  )
   FRANCHISE TAX BOARD, STATE OF        )
16 CALIFORNIA EMPLOYMENT                )
   DEVELOPMENT DEPARTMENT,              )
17 SAN JOAQUIN VALLEY HAY               )
   GROWERS ASSOCIATION, C. L.           )
18 BRYANT, INC., DISCOVER BANK,         )
   NATIONAL CREDIT ACCEPTANCE,          )
19 INC., COUNTY OF MERCED,  DCSS,       )
                                        )
20                Defendants.           )
                                        )
21 ─────────────────────────────────────)

22
          For good cause shown, and pursuant to Rules 4(e)(1) and 4(m) of the Federal Rules of Civil
23
   Procedure and §415.50 of the California Code of Civil Procedure, the Court grants the United States' Ex
24
   Parte Application for Leave to Serve Defendant by Publication.
25

26
   ///
27

28

1    Accordingly, it is hereby **ORDERED** that the United States may effect service of the summons

2  and complaint in this action on defendant John L. Cabral by publication pursuant to Section 415.50 of the

3  California Code of Civil Procedure and by posting a copy of the summons and complaint at the gate of

4  the real property that is the subject of this litigation.  It is **FURTHER ORDERED** that the service of

5  process deadline is extended 16 days, to April 15, 2008.

6

7    IT IS SO ORDERED.

8    **Dated:  March 10, 2008**                    **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -