John W. Villines, SBN 193672
**JV LAW**
**726 14th Street, Suite E**
**P.O. Box 580049**
**Modesto, CA  95358-0002**
**Tel:  (209) 524-9903**
**Fax: (209) 524-6655**
**E-Mail:  john@jvlaw.net**

Attorney for Defendant
JANET M. CABRAL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>JOHN L. CABRAL, JANET M. CABRAL, STATE OF CALIFORNIA FRANCHISE TAX BOARD, STATE OF CALFIORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, SAN JOAQUIN VALLEY HAY GROWERS ASSOCIATION, C.L. BRYANT, INC., DISCOVER BANK, NATIONAL CREDIT ACCEPTANCE, INC., COUNTY OF MERCED, DCSS,<br><br>                Defendant. | Case No.:  1:07-CV-1741-OWW-DLB<br><br>**STIPULATION AND ORDER TO SET ASIDE ENTRY OF DEFAULT ENTERED AGAINST DEFENDANT JANET M. CABRAL** |

This stipulation is made with reference to the following facts:

1.  The Clerk of the Court entered a default of defendant JANET M. CABRAL ("Cabral") on May 23, 2008.

2.  Cabral alleges that she has good and sufficient grounds to set aside the default and therefore has requested that plaintiff not oppose her application to set aside the entry of default.

-1-

STIPULATION TO SET ASIDE DEFAULT

PDF created with pdfFactory trial version www.pdffactory.com

3.  Plaintiff does not oppose Cabral's request to set aside the entry of default on condition that Cabral file an answer to the complaint within 10 days of entry of the Court's order on this stipulation.

WHEREFORE, the parties to this action, subject to approval by the Court, stipulate as follows:

A.  The default entered against defendant JANET M. CABRAL on May 23, 2008, be set aside.

B.  Defendant JANET M. CABRAL shall file her answer to the complaint within 10 days of the date of entry of an order approving this stipulation.

DATED: August 20, 2008.                    JV LAW

                                           By: _____
                                               John W. Villines, Esq.
                                               Attorneys for Defendant
                                               JANET M. CABRAL

DATED: August 20, 2008                     US DEPARTMENT OF JUSTICE
                                           TAX DIVISION

                                           By: _____
                                               Aaron Bailey, Esq.
                                               Attorneys for Plaintiff
                                               UNITED STATES OF AMERICA

-2-

STIPULATION TO SET ASIDE DEFAULT

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3                          **ORDER ON STIPULATION**

4          The Court having reviewed the stipulation of the parties, and good cause appearing

5   therefore, the Clerk's Entry of Default against Defendant JANET M. CABRAL is VACATED.

6          IT IS SO ORDERED.

7
   Dated: August 26, 2008                    /s/ OLIVER W. WANGER
8                                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**STIPULATION TO SET ASIDE DEFAULT**

PDF created with pdfFactory trial version www.pdffactory.com