McGREGOR W. SCOTT
United States Attorney

AARON M. BAILEY
G. PATRICK JENNINGS
LAUREN CASTALDI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-3164

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN L. CABRAL, JANET M. CABRAL, ) <br> STATE OF CALIFORNIA ) <br> FRANCHISE TAX BOARD, STATE OF ) <br> CALIFORNIA EMPLOYMENT ) <br> DEVELOPMENT DEPARTMENT, ) <br> SAN JOAQUIN VALLEY HAY ) <br> GROWERS ASSOCIATION, C. L. ) <br> BRYANT, INC., DISCOVER BANK, ) <br> NATIONAL CREDIT ACCEPTANCE, ) <br> INC., COUNTY OF MERCED, DCSS ) <br> ) <br> Defendants. ) <br> _____) | Civil No. 1:07-CV-1741-OWW-DLB <br><br> **Stipulation of Lien Priority Between Plaintiff and Defendants State of California - Franchise Tax Board, State of California - EDD, C.L. Bryant and San Joaquin Valley Hay Growers Association** |

Defendants State of California - Franchise Tax Board, State of California - EDD, C.L. Bryant, Inc., and San Joaquin Valley Hay Growers Association ("Lien Defendants") and the United States of America, hereby stipulate and agree as follows:

1.   The United States seeks to foreclose its tax liens on the real property that is subject to this suit ("subject property"), which is described as follows:

The north 660 feet of the south 1230 feet of the following two parcels:

PARCEL NO. 1.

BEGINNING AT THE NORTHWEST CORNER OF SECTION 34, TOWNSHIP 5 SOUTH, RANGE 10 EAST MOUNT DIABLO BASE AND MERIDIAN; THENCE SOUTH 1° 30' EAST 16.5 FEET; THENCE NORTH 89° EAST 16.5 EAST TO POINT OF BEGINNING; THENCE NORTH 89° EAST 814.5 FEET ALONG RIGHT OF WAY OF LATERAL CANAL NO. 5 OF TURLOCK IRRIGATION DISTRICT; THENCE SOUTH 86° EAST 100 FEET ALONG SAID RIGHT OF WAY; THENCE SOUTH 78° 30' EAST 200 FEET ALONG SAID RIGHT OF WAY, THENCE SOUTH 82° 30' EAST 200 FEET ALONG SAID RIGHT OF WAY; THENCE SOUTH 1° 15' EAST 598.5 FEET; THENCE SOUTH 88° 30' WEST 1305 FEET TO A POINT 16-1/2 FEET EAST OF THE SECTION LINE BETWEEN SAID SECTIONS 33 AND 34; THENCE NORTH 1° 30' WEST 688.5 FEET TO POINT OF BEGINNING.

PARCEL NO. 2.

BEGINNING AT THE NORTHWEST CORNER OF SECTION 34, TOWNSHIP 5 SOUTH, RANGE 10 EAST MOUNT DIABLO BASE AND MERIDIAN; THENCE SOUTH 1° 16' EAST 705 FEET; ON SECTION LINE BETWEEN SECTIONS 33 AND 34, TOWNSHIP 5 SOUTH, RANGE 10 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE NORTH 89° 00' EAST 16-1/2 FEET AS POINT OF BEGINNING; THENCE NORTH 89° 00' EAST 1305 FEET; THENCE SOUTH 1° 15' EAST 1277.7 FEET; THENCE SOUGH 89° 00' WEST 1304.8 FEET TO POINT 16-1/2 FEET EAST OF SECTION LINE BETWEEN SAID SECTION 33 AND 34, THENCE NORTH 1° 16' WEST PARALLEL WITH SAID SECTION LINE 1277.7 FEET TO POINT OF BEGINNING.

A.P.N. 044-045-056

2. The United States claims that federal tax liens, which are referenced in the Complaint in the above-captioned matter, encumber the subject property. Notices of Federal Tax Lien were filed with the Stanislaus County Recorder on November 17, 1998, instrument no. 98-0106579-00 , February 15, 2005, instrument nos. 2005-0026617-00 and 2005-0038088-00, and July 19, 2007, instrument no. 2007-0094045.

3. The State of California, Franchise Tax Board is the holder of tax liens recorded with the Stanislaus County Recorder against the subject property on the following dates: November 24, 1998, instrument no. 98-0109352; October 4, 1999, instrument no. 1999-0095157-00; July 23, 2002, instrument no. 2002-0094062-00. The State of California, EDD is the holder of tax liens recorded with the Stanislaus County Recorder against the subject property on or about the following dates: November 4, 1999, instrument no. 1999-105195-00, March 26, 2002, instrument no. 2002-0038748-00.

4. San Joaquin Valley Hay Growers Association is the holder of a judgment lien recorded with the Stanislaus County Recorder against the subject property on or about the

1  following date: October 4, 1999, instrument no. 1999-0095082-00.

2      5.    C.L. Bryant, Inc. is the holder of a judgment lien recorded with the Stanislaus
3  County Recorder against the subject property on or about the following date: July 7, 2000,
4  instrument no. 2000-0055106-00.

5      6.    The United States and the Lien Defendants agree to the following schedule of
6  priority of the liens at issue on the subject property:

| Rank | Lien Holder | Type | Lien Date[1]/Date of Recording |
|---|---|---|---|
| 1 | IRS | NFTL | 12/21/1997 (11/17/1998) |
| 2 | FTB | Tax | 05/26/1998 (11/24/1998) |
| 3 | San Joaquin Valley Hay Growers Assoc. | Judgment Lien | 10/04/1999 |
| 4 | FTB | Tax | 05/07/1999 (10/04/1999) |
| 5 | EDD | Tax | 03/29/1999 (11/04/1999) |
| 6 | C.L. Bryant, Inc. | Judgment Lien | 07/07/2000 |
| 7 | EDD | Tax | 03/29/2000 (03/26/2002) |
| 8 | FTB | Tax | 01/02/2002 (07/23/2002) |
| 9-11 | IRS | NFTL | 07/19/2004 (02/15/2005, 03/07/2005, 07/19/2007) |

This stipulation defines only the relative priority, between the United States and the Lien Defendants.  This stipulation does not include an agreement as to the amount owed by the tax payers John Cabral and Janet Cabral to the parties.

    7.    The Lien Defendants have been named as a defendants under 26 U.S.C. § 7403(b).  The United States claims no monetary relief against Lien Defendants in this action.  In

---

[1] The first date listed for IRS, FTB, and EDD are tax assessment dates.

the event that the Court permits the sale of the subject property, the property will be sold free and clear of all liens of record, with the liens to follow the proceeds of the sale in the same amount and with the same priority that they had against the subject property. The Order of Judicial Sale shall provide that the sale proceeds shall be distributed to Lien Defendants and the United States in the priority set forth in paragraph 6, in an amount according to proof at the time of sale. If the affected parties cannot stipulate to the amounts of lien, the Court may hold an evidentiary hearing to determine the amounts.

8. Unless otherwise ordered by the Court, the Lien Defendants are excused from further participation in this action, appearing in Court, or otherwise asserting its claim in this case. The Lien Defendants agree to be bound by the judgment in this case, which shall incorporate the terms of this stipulation and order.

The parties so agree and request an order confirming the foregoing.

McGregor Scott
United States Attorney

Dated: October 7, 2008

 Aaron M. Bailey
G. Patrick Jennings
Aaron M. Bailey
Trial Attorneys, Tax Division
U.S. Department of Justice

Dated: September 12, 2008

Molly Mosley (by permission, original on file)
Molly Mosley,
Attorney for State of California,
Franchise Tax Board & EDD

Dated: October 3, 2008     David Cheng (by permission, original on file)
David Cheng
Attorney for San Joaquin Valley Hay Growers Association

Dated: September 22, 2008     Cathy Cowin (by permission, original on file)
Cathy Cowin
Attorney for C.L. Bryant, Inc.

IT IS SO ORDERED.

**Dated:   October 8, 2008**     **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE