**BUCHALTER NEMER**
A Professional Corporation
L. RICHARD WALTON (SBN: 226703)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email:  rwalton@buchalter.com

Attorneys for Defendant
JOHN L. CABRAL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN L. CABRAL; JANET M. CABRAL; STATE OF CALIFORNIA FRANCHISE TAX BOARD; STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; SAN JOAQUIN VALLEY HAY GROWERS ASSOCIATES; C. L. BRYANT, INC.; DISCOVER BANK; NATIONAL CREDIT ACCEPTANCE INC.; COUNTY OF MERCED; DCSS,<br><br>Defendants. | Case No. 1:07-CV-1741<br><br>**ORDER SHORTENING TIME FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL** |

Having reviewed the parties' Stipulation Shortening Time for Hearing on Counsel for John L. Cabral's Motion to Withdraw,

IT IS ORDERED that Counsel's Motion to Withdraw will be set for hearing on 11/10/2008, at 10 a.m. in Courtroom 3 of the United States Courthouse, located at 2500 Tulare Avenue, Fresno, California.

Dated: October 16, 2008

/s/ OLIVER W. WANGER
Oliver W. Wanger, United States District Judge

BN 2206115

**[PROPOSED] ORDER SHORTENING TIME FOR HEARING**

PDF created with pdfFactory trial version www.pdffactory.com