1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:07cv01741 OWW DLB |
| | ) |
| | ) |
| | ) ORDER TO SHOW CAUSE WHY |
| Plaintiff, | ) SANCTIONS SHOULD NOT BE IMPOSED |
| | ) |
| v. | ) |
| | ) |
| JOHN L. CABRAL, et al., | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

This Court granted Plaintiff United States of America's ("Plaintiff") motion to compel Defendant John L. Cabral's appearance at his deposition by separate order.  Pursuant to Federal Rule of Civil Procedure 37(d), Plaintiff has requested the imposition of sanctions in an amount to cover its expenses in bringing the motion to compel.

Accordingly, Defendant is ORDERED TO SHOW CAUSE, if any he has, why sanctions, including striking his answer and entering his default, should not be imposed for his deliberate decision not to attend his properly noticed deposition.  Defendant SHALL file a written response to this order to show cause within twenty (20) days of the date of service of this order.  If Defendant fails to respond to this order, Plaintiff's request for sanctions will be granted.

IT IS SO ORDERED.

Dated:   **November 24, 2008**            _____ **/s/ Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE

1