EDMUND G. BROWN JR.
Attorney General of California
WILLIAM L. CARTER
Supervising Deputy Attorney General
MOLLY K. MOSLEY
Deputy Attorney General
State Bar No. 185483
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 445-5367
  Fax:  (916) 327-2247
  E-mail:  Molly.Mosley@doj.ca.gov
*Attorneys for Defendants, State of California*
*Franchise Tax Board and State of California*
*Employment Development Department*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:07-CV-01741-OWW-DLB |
| Plaintiff, | **ORDER** |
| v. | |
| **JOHN L. CABRAL, ET AL.** | |
| Defendants. | |

It is hereby ORDERED that the Motion to Dismiss the Amended Crossclaims of John L. Cabral [Doc. 54] of defendants, State of California Franchise Tax Board (FTB) and State of California Employment Development Department (EDD), is granted.  Defendant John L. Cabral's crossclaims against defendants FTB and EDD [Doc. 53] are DISMISSED with prejudice.

Dated:  November 25, 2008          /s/ OLIVER W. WANGER
                                   Oliver W. Wanger
                                   United States District Judge

SA2008301197
30592063.doc

1

[Proposed] Order Granting Motion by FTB & EDD to Dismiss  (1:07-CV-01741-OWW-DLB)

PDF created with pdfFactory trial version www.pdffactory.com