IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN L. CABRAL, JANET M. CABRAL, STATE OF CALIFORNIA FRANCHISE TAX BOARD, STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, SAN JOAQUIN VALLEY HAY GROWERS ASSOCIATION, C. L. BRYANT, INC., DISCOVER BANK, NATIONAL CREDIT ACCEPTANCE, INC., COUNTY OF MERCED, DCSS,<br><br>　　　　Defendants. | Civil No. 1:07-CV-1741-OWW-DLB<br><br><br><br>**ORDER** |

　It is hereby **ORDERED** that the United States' Motion to Dismiss the Amended Counterclaims of John L. Cabral [Rec. Doc. 57] is granted.  Defendant John L. Cabral's counterclaims against the United States under 28 U.S.C. § 2410 and 26 U.S.C. § 7426 [Rec. Doc. 53] are **DISMISSED** with prejudice.


Dated: November 25, 2008　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　Oliver W. Wanger
　　　　　　　　　　　　　　　　　　United States District Judge