McGREGOR W. SCOTT
United States Attorney

AARON M. BAILEY
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-3164

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN L. CABRAL, JANET M. CABRAL, STATE OF CALIFORNIA FRANCHISE TAX BOARD, STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, SAN JOAQUIN VALLEY HAY GROWERS ASSOCIATION, C. L. BRYANT, INC., DISCOVER BANK, NATIONAL CREDIT ACCEPTANCE, INC., COUNTY OF MERCED,  DCSS,<br><br>Defendants. | Civil No. 1:07-CV-1741-OWW-DLB<br><br><br><br><br>**ORDER** |

The United States has filed an Ex Parte Motion to Vacate Scheduling Order.  All parties have either agreed to the motion or not responded.  For good cause shown,

 IT IS HEREBY ORDERED THAT the United States' Ex Parte Motion to Vacate Scheduling Order is granted.  The scheduling order entered May 15, 2008, (Docket No. 28) is vacated. The United States may enforce discovery against John Cabral and file dispositive motions on or before March 20, 2009.   Only if no dispositive motion is filed, a status conference will be held April 10, 2009, in Courtroom 3 at 8:15 a.m.  The parties will file a status report seven days

1  before the conference.

2  IT IS SO ORDERED.

3

4  Dated: November 26, 2008          /s/ OLIVER W. WANGER
                                     OLIVER W. WANGER
5                                    United States District Judge

- 2 -