# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07cv01741 OWW DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER GRANTING PLAINTIFF'S REQUEST FOR SANCTIONS |
| v. | ) | |
| JOHN L. CABRAL, et al., | ) ) ) | |
| Defendants. | ) ) | |

    Plaintiff United States of America ("Plaintiff") filed this complaint to reduce federal tax assessments to judgment on November 30, 2007.  The assessments were made against Defendants John L. Cabral and Janet M. Cabral, and arose from federal tax liabilities against real property located in Stanislaus County.  Plaintiff seeks to foreclose on the two parcels and numerous other Defendants have been named who may claim an interest in the properties.

    On October 17, 2008, Plaintiff filed a motion seeking to compel Defendant John Cabral ("Mr. Cabral") to appear for his deposition.  Plaintiff also sought monetary sanctions to cover its expenses for bringing the motion to compel.

    The Court granted Plaintiff's motion to compel on October 26, 2008, and ordered Mr. Cabral to appear at his December 17, 2008, deposition.  As to Plaintiff's request for sanctions, the Court issued an order to show cause on November 26, 2008, why sanctions should not be

1  imposed. Mr. Cabral was ordered to file a written response within twenty days. He did not do
2  so, nor did he otherwise contact the Court.
3     Accordingly, Plaintiff's request for monetary sanctions in the October 17, 2008, motion
4  to compel is GRANTED. Plaintiff shall file a declaration regarding attorneys's fees within thirty
5  (30) days of the date of service of this order.
6     IT IS SO ORDERED.
7     Dated:   **December 23, 2008**          /s/ **Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE