LAWRENCE G. BROWN
Acting United States Attorney

AARON M. BAILEY
G. PATRICK JENNINGS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3164

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN L. CABRAL, JANET M. CABRAL, ) <br> STATE OF CALIFORNIA ) <br> FRANCHISE TAX BOARD, STATE OF ) <br> CALIFORNIA EMPLOYMENT ) <br> DEVELOPMENT DEPARTMENT, ) <br> SAN JOAQUIN VALLEY HAY ) <br> GROWERS ASSOCIATION, C. L. ) <br> BRYANT, INC., DISCOVER BANK, ) <br> NATIONAL CREDIT ACCEPTANCE, ) <br> INC., COUNTY OF MERCED, DCSS ) <br> ) <br> Defendants. ) <br> _____ ) | Civil No. 1:07-CV-1741 OWW DLB <br><br> **JUDGMENT IN A CIVIL CASE** |

On June 3, 2009, the Court granted the United States' motion for summary judgment as to the tax amounts assessed against John L. Cabral and Janet M. Cabral. (Docket no. 99). The Court also granted the United States' motion for entry of default judgments against Discover Bank, National Credit Acceptance, Inc., and the County of Merced. The Court's Order determined that the Cabrals' property should be sold, and that the proceeds should be distributed after sale to the creditor-parties as set forth in the Stipulation to Lien Priority. (Docket nos. 58-59.) In accordance with the Order, it is

**ORDERED that:**

1. The federal tax assessments made against Defendant John L. Cabral for federal individual income tax for the year 1996 are reduced to judgment in the amount of $2,191,166.44, less any credits, plus interest pursuant to 26 U.S.C. §§ 6601, 6621, 6622 and 28 U.S.C. § 1961(c)(1), penalties and other statutory additions according to law from March 1, 2009, until the judgment is paid.

2. The federal tax assessments made against Defendant Janet M. Cabral for federal individual income tax for the year 1996 are reduced to judgment in the amount of $1,934,207.52, plus interest pursuant to 26 U.S.C. §§ 6601, 6621, 6622 and 28 U.S.C. § 1961(c)(1), penalties, and other statutory additions according to law from March 1, 2009, until the judgment is paid.

3. Defendant John Cabral is indebted to the United States for the federal payroll taxes for the quarters ending September 30, 1997 and December 31, 1997 in the amount of $10,909.96, plus interest pursuant to 26 U.S.C. §§ 6601, 6621, 6622 and 28 U.S.C. § 1961(c)(1), penalties, and other statutory additions according to law from March 1, 2009, until the judgment is paid.

4. The federal tax liens against John and Janet Cabral arising under 26 U.S.C. §§ 6321 and 6323 for the liabilities recited above attach to all property and rights to property of defendants John and Janet Cabral including the following:

THE NORTH 660 FEET OF THE SOUTH 1230 FEET OF THE

FOLLOWING TWO PARCELS:

PARCEL NO. 1.

BEGINNING AT THE NORTHWEST CORNER OF SECTION 34, TOWNSHIP 5 SOUTH, RANGE 10 EAST MOUNT DIABLO BASE AND MERIDIAN; THENCE SOUTH 1° 30' EAST 16.5 FEET; THENCE NORTH 89° EAST 16.5 EAST TO POINT OF BEGINNING; THENCE NORTH 89° EAST 814.5 FEET ALONG RIGHT OF WAY OF LATERAL CANAL NO. 5 OF TURLOCK IRRIGATION DISTRICT; THENCE SOUTH 86° EAST 100 FEET ALONG SAID RIGHT OF WAY; THENCE SOUTH 78° 30' EAST 200 FEET ALONG SAID RIGHT OF WAY, THENCE SOUTH 82° 30' EAST 200 FEET ALONG SAID RIGHT OF WAY; THENCE SOUTH 1° 15' EAST 598.5 FEET; THENCE SOUTH 88° 30' WEST 1305 FEET TO A POINT 16-1/2 FEET EAST OF THE SECTION LINE BETWEEN SAID SECTIONS 33 AND 34; THENCE NORTH 1° 30' WEST 688.5

1   FEET TO POINT OF BEGINNING.

2   PARCEL NO. 2.

3   BEGINNING AT THE NORTHWEST CORNER OF SECTION 34, TOWNSHIP 5 SOUTH, RANGE 10 EAST MOUNT DIABLO BASE AND MERIDIAN; THENCE SOUTH 1° 16' EAST 705 FEET; ON SECTION LINE BETWEEN SECTIONS 33 AND 34, TOWNSHIP 5 SOUTH, RANGE 10 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE NORTH 89° 00' EAST 16-1/2 FEET AS POINT OF BEGINNING; THENCE NORTH 89° 00' EAST 1305 FEET; THENCE SOUTH 1° 15' EAST 1277.7 FEET; THENCE SOUGH 89° 00' WEST 1304.8 FEET TO POINT 16-1/2 FEET EAST OF SECTION LINE BETWEEN SAID SECTION 33 AND 34, THENCE NORTH 1° 16' WEST PARALLEL WITH SAID SECTION LINE 1277.7 FEET TO POINT OF BEGINNING.

A.P.N. 044-045-056

more commonly known as 3500 South Walnut Road and 3509 Soderquist Road, Turlock, California (the "Cabral Ranch"). John and Janet Cabral currently own, and have owned since April 29, 1993, as their community property, the Cabral Ranch.

5.   Judgment by default is entered against defendants (1) Discover Bank, (2) National Credit Acceptance, Inc., and (3) the County of Merced [California] and in favor of the United States and the foregoing defendants have no interest in the Cabral Ranch which is senior to the federal and state tax liens.

6.   The United States is entitled to foreclose its tax liens against the Cabral Ranch, which will be sold pursuant to further order of this Court.

7.   The United States, the California Franchise Tax Board, C.L. Bryant, Inc., San Joaquin Valley Hay Growers Association, and the California Employment Development Department ("the settling parties") have entered a stipulation as to the priority of their claims. The settling parties shall submit a proposed order of distribution after the sale of the Cabral Ranch.

**IT IS SO ORDERED.**

Dated: June 30, 2009         /s/ OLIVER W. WANGER
                             OLIVER W. WANGER
                             United States District Judge