BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-3164

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JOHN L. CABRAL, JANET M. CABRAL, STATE OF CALIFORNIA FRANCHISE TAX BOARD, STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, SAN JOAQUIN VALLEY HAY GROWERS ASSOCIATION, C. L. BRYANT, INC., DISCOVER BANK, NATIONAL CREDIT ACCEPTANCE, INC., COUNTY OF MERCED, DCSS <br>     Defendants. | Civil No. 1:07-CV-1741 OWW DLB <br><br> **AMENDED ORDER CONFIRMING JUDICIAL SALE AND DISTRIBUTION OF PROCEEDS** |

On April 28, 2010, the Court entered an Order of Judicial Sale in this case. (Docket No. 113).  The Order directed the Internal Revenue Service to sell property of the Judgment debtors John Cabral and Janet Cabral and report the sale to the Court. The Order permitted the sale of the property commonly known as 3500 South Walnut Road and 3509 Soderquist Road, Turlock, California, and more particularly described as follows:

    THE NORTH 660 FEET OF THE SOUTH 1230 FEET OF THE
    FOLLOWING TWO PARCELS:

PARCEL NO. 1.

BEGINNING AT THE NORTHWEST CORNER OF SECTION 34, TOWNSHIP 5 SOUTH, RANGE 10 EAST MOUNT DIABLO BASE AND MERIDIAN; THENCE SOUTH 1° 30' EAST 16.5 FEET; THENCE NORTH 89° EAST 16.5 EAST TO POINT OF BEGINNING; THENCE NORTH 89° EAST 814.5 FEET ALONG RIGHT OF WAY OF LATERAL CANAL NO. 5 OF TURLOCK IRRIGATION DISTRICT; THENCE SOUTH 86° EAST 100 FEET ALONG SAID RIGHT OF WAY; THENCE SOUTH 78° 30' EAST 200 FEET ALONG SAID RIGHT OF WAY, THENCE SOUTH 82° 30' EAST 200 FEET ALONG SAID RIGHT OF WAY; THENCE SOUTH 1° 15' EAST 598.5 FEET; THENCE SOUTH 88° 30' WEST 1305 FEET TO A POINT 16-1/2 FEET EAST OF THE SECTION LINE BETWEEN SAID SECTIONS 33 AND 34; THENCE NORTH 1° 30' WEST 688.5 FEET TO POINT OF BEGINNING.

PARCEL NO. 2.

BEGINNING AT THE NORTHWEST CORNER OF SECTION 34, TOWNSHIP 5 SOUTH, RANGE 10 EAST MOUNT DIABLO BASE AND MERIDIAN; THENCE SOUTH 1° 16' EAST 705 FEET; ON SECTION LINE BETWEEN SECTIONS 33 AND 34, TOWNSHIP 5 SOUTH, RANGE 10 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE NORTH 89° 00' EAST 16-1/2 FEET AS POINT OF BEGINNING; THENCE NORTH 89° 00' EAST 1305 FEET; THENCE SOUTH 1° 15' EAST 1277.7 FEET; THENCE SOUGH 89° 00' WEST 1304.8 FEET TO POINT 16-1/2 FEET EAST OF SECTION LINE BETWEEN SAID SECTION 33 AND 34, THENCE NORTH 1° 16' WEST PARALLEL WITH SAID SECTION LINE 1277.7 FEET TO POINT OF BEGINNING.

A.P.N. 044-045-056

     The United States has reported, and the Court so finds, that the sale was publicized in accordance with 28 U.S.C. § 2001 and properly conducted, on June 22, 2010, at 11:00 a.m., at the Stanislaus County Courthouse.  The successful bidder, Jesus Gonzalez Valencia, (the "purchaser") bid $212,000 (the "purchase price") for the Cabral Ranch, as identified in the Amended Order of Judicial Sale, entered April 28, 2010, in this case.  The purchaser has fully paid the purchase price to the IRS Property Appraisal and Liquidation Specialist, who then deposited the funds to the Court. The United States seeks an Order confirming the sale and directing the Clerk to distribute the sale proceeds.

     Counsel for the United States and the remaining Creditors have previously stipulated to the priority of the liens at issue.  The federal tax liens stipulated as ranking in the tenth through twelfth positions, as reduced to judgment in this case, are sufficient

1 | to exhaust the remaining proceeds.

2 |     In accordance with the foregoing, and for good cause shown,

3 |     IT IS ORDERED THAT the sale on June 22, 2010, of the Cabral Ranch was
4 | properly conducted and no objection was filed.  The sale is hereby confirmed.

5 |     IT IS FURTHER ORDERED THAT the Internal Revenue Service is authorized to
6 | execute and deliver to the purchaser a Certificate of Sale and Deed conveying the
7 | Cabral Ranch to him or to his assignee.

8 |     IT IS FURTHER ORDERED THAT, on delivery of the Certificate of Sale and
9 | Deed, all interests in, liens against, or claims to the Cabral Ranch that are held or
10 | asserted in this action by the plaintiff or any of the defendants are discharged.  On
11 | delivery of the Certificate of Sale and Deed, the Cabral Ranch shall be free and clear of
12 | the interests of defendants John Cabral; Janet Cabral; National Credit Acceptance, Inc.;
13 | Discover Bank; State of California Franchise Tax Board; State of California Franchise -
14 | EDD; County of Merced; C.L. Bryant, Inc.; and the San Joaquin Valley Hay Growers
15 | Association.

16 |     IT IS FURTHER ORDERED THAT possession of the property sold shall be
17 | yielded to the purchaser upon the production of a copy of the Certificate of Sale and
18 | Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further
19 | notice, be issued by the Clerk of this Court to compel delivery of the Cabral Ranch to
20 | the purchaser.

21 |     IT IS FURTHER ORDERED THAT the Clerk shall distribute the funds on deposit
22 | in this case as follows:

23 |     a. First, by check made payable to the "Stanislaus County Tax Collecter" in the
24 | amount of $9,482.62 for delinquent property taxes for 2008 and 2009, mailed to:

25 |         Gordon B. Ford, Stanislaus County Tax Collector
        P.O. Box 859
26 |         Modesto, CA 95353

27 |

28 |

    b.  Second, by check made payable to the "Internal Revenue Service" in the amount of $1,325.34 for costs of sale, mailed to:

> Hallie Lipscomb,
> Property Appraisal & Liquidation Specialist
> IRS, SA-5209
> 4330 Watt Avenue
> Sacramento, CA 95821

    c.  Third, by check made payable to the "Internal Revenue Service" in the amount of $11,629.07 for the unpaid Form 941 liabilities of John Cabral, mailed to:

> Office of Review, Tax Division
> P.O. Box 310
> Ben Franklin Station
> Washington, D.C. 20044

    d.  Fourth, by check made payable to the "Franchise Tax Board" in the amount of $55,031.70 for unpaid California income tax of John and Janet Cabral, mailed to:

> Molly Mosley
> Deputy Attorney General
> State of California
> PO Box 944255
> 1300 I Street,  Suite 125
> Sacramento, CA 94244-2550

    e.  Fifth, by check made payable to the "San Joaquin Valley Hay Growers Association" in the amount of $101, 450.00 for its judgment lien against John Cabral, mailed to:

> Dennis L. Hay
> Law Offices of Dennis L. Hay
> P.O. BOX 745
> Clements, CA 95227

    f.  Sixth, by check made payable to the "C.L. Bryant, Inc." in the amount of $15,555.83 for its judgment lien against John Cabral, mailed to:

> Cathleen Cowin
> 2344 Tulare Street
> Suite 300
> Fresno, CA 93721

     g.    Seventh, by check made payable to the "Employment Development Department" in the amount of $7,641.57 for unpaid employment taxes, mailed to:

>Molly Mosley
>Deputy Attorney General
>State of California
>PO Box 944255
>1300 I Street, Suite 125
>Sacramento, CA 94244-2550

     h.    Eighth, the entire remaining balance, without reduction for registry fees, for application to the federal tax judgment debt in this case, by check made payable to the "United States Treasury," mailed to:

>Office of Review, Tax Division
>P.O. Box 310
>Ben Franklin Station
>Washington, D.C. 20044

IT IS SO ORDERED.

**Dated:   September 28, 2010**          /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE